**FAEGRE DRINKER BIDDLE & REATH LLP**
Zoë K. Wilhelm (SBN 305932)
*zoe.wilhelm@faegredrinker.com*
Victor J. Sandoval (SBN 344461)
*victor.sandoval@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

Attorneys for Defendant
Blue Cross and Blue Shield Association

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CANTU, individually and on behalf of all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD ASSOCIATION d/b/a **www.bcbs.com**; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03084 SB(MRWx)<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:    May 12, 2023<br>Current response date:    July 11, 2023<br>New response Date:    August 10, 2023 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Case No. 2:23-CV-03084 SB(MRWX)

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Jesse Cantu ("Plaintiff") and defendant the Blue Cross and Blue Shield Association ("BCBSA", together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, as follows:

**WHEREAS**, on April 24, 2023, Plaintiff filed a putative class action Complaint entitled *Jesse Cantu v. Blue Cross and Blue Shield Association, et al.* [Dkt. 1];

**WHEREAS**, on May 12, 2023, BCBSA waived service [Dkt. 11];

**WHEREAS**, BCBSA's responsive pleading is due on or before July 11, 2023;

**WHEREAS,** pursuant to Central District of California Local Rule 8-3, the Parties stipulate to a 30-day extension of time, until and including August 10, 2023, for BCBSA to answer, move, or otherwise respond to the Complaint;

**WHEREAS**, this is the first requested extension, the Scheduling Conference has not been set by the Court, and no party will suffer prejudice as a result of the extension;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby agree and stipulate as follows:

The time within which BCBSA may answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended until and including August 10, 2023.

**IT IS SO STIPULATED.**

Dated:  June 29, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: *s/ Victor J. Sandoval*
      Victor J. Sandoval

Attorneys for Defendants
Blue Cross and Blue
Shield Association

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Case No. 2:23-CV-03084 SB(MRWX)

Dated:  June 29, 2023

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: *s/ Adrian R. Bacon*
Adrian R. Bacon

Attorneys for Plaintiff
Jesse Cantu

## **ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

*s/ Victor J. Sandoval*
Victor J. Sandoval

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Case No. 2:23-CV-03084 SB(MRWX)